# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>DESSALINES SEALY,<br>Defendant. | Case No. __1:19cr24__<br>( J. Barrett ; M.J. Litkovitz ) |

### CRIMINAL MINUTES before
### Magistrate Judge Karen L. Litkovitz

Courtroom Deputy: **Arthur Hill**
Court Reporter: **Official Reporter**, _Julie Wolfer_
Date/Time: **April 24, 2019 at 2:00 PM**

United States Attorney: _Ebunoluwa Taiwo_   Defendant Attorney: _∆ present Scott Rubenstein, CJA_

[ X ] Initial Appearance Hearing on [ ] Complaint; [ X ] Indictment; [ ] Information; or [ ] petition for probation / supervised release [ ] Rule 5(c)(3) out of _____; [ ] pretrial release violation; [ ] Other matters _____

[ ] Counsel present
[✓] Defendant informed of his / her rights
[✓] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[ ] Financial affidavit presented to the Court/Defendant
[ ] Counsel appointed.  ___FPD or ___CJA

*Detention Hearing:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness _____
[ ] OR   [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____
[ ] _____ [ ] _____ [ ] _____
[ ] _____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied
AUSA Witnesses: _Josh Siberik, Case Agent_   Defendant Witnesses: _____
_____   _____
AUSA Exhibits: _____   Defendant Exhibits: _____
[ ] Preliminary Exam Hearing set _____
[ ] Case to proceed before the Grand Jury
[ ] Case set for Arraignment _____

*Arraignment on* [✓] *Indictment or* [ ] *Information or* [ ] *Superseding Indictment:*
Defendant waives reading of: [✓] Indict   [ ] Info   [ ] Indict Read   [ ] Info Read
Defendant pleads:   [ ] GUILTY   [✓] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[✓] Case to proceed before Judge _Barrett_
[ ] Statement of Agent _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing. [ ] Defendant waives Preliminary Examination
[ ] Commitment to Another District Ordered (Rule 40), remove to _____
[ ] Case set for a _____
[ ] Statement of Agent _____

Remarks: - ∆ informed of his right to be represented by counsel. ∆ granted the right to represent himself in this matter.
- Bond set in SD of New York is continued in the SD of Ohio.